# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For **Revocation** of Probation or Supervised Release) |

|  |  |
| Case Number: | **CR 03-4005-6-DEO** |
| USM Number: | **02584-029** |

**TRAVIS DALE WOODS**

**Robert Wichser**
Defendant's Attorney

### THE DEFENDANT:

■ admitted guilt to violation of condition(s) _____ **1, 2 a-b, 3 a-b** _____ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | **Failure to Comply with Residential Reentry Center Rules** | **September 27, 2008** |
| 2 a-b | **New Law Violations** | **March 6, 2010** |
| 3 a-b | **Use of Alcohol** | **June 15, 2010** |

The defendant is sentenced as provided in pages 2 through ____**3**____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**July 16, 2010**
Date of Imposition of Judgment

*Donald E O'Brien*
Signature of Judge

**Donald E. O'Brien, Senior U.S. District Judge**
Name and Title of Judge

July 19, 2010
Date

DEFENDANT:       **Travis Dale Woods**
CASE NUMBER:     **CR 03-4005-6-DEO**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : **3 months.**

☐ The court makes the following recommendations to the Bureau of Prisons:

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ a _____    ☐ a.m.    ☐ p.m.    on    _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D    (Rev. 06/05) Judgment in a Criminal Case for Revocations
           Sheet 3 — Supervised Release

DEFENDANT:        **Travis Dale Woods**
CASE NUMBER:      **CR 03-4005-6-DEO**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :    **No supervised release shall be reimposed**.